IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| STICHTING MAYFLOWER MOUNTAIN FONDS and STICHTING MAYFLOWER RECREATION FONDS,<br><br>             Plaintiffs,<br><br>vs.<br><br>THE CITY OF PARK CITY UTAH,<br><br>and<br><br>UNITED PARK CITY MINES CO.<br><br>             Defendants. | ORDER<br><br><br>Case No.  2:04CV925DAK |

      This matter is before the court on several motions Plaintiff's Motion for Reconsideration of this court's October 15, 2007 Order.  The parties have fully briefed the motion.  The court does not believe that a hearing would substantially aid its determination of the motion.  Accordingly, the court enters the following order based on the materials submitted by the parties and the law and facts relevant to the pending motion.

      The court's October 15, 2007 Order denied Stichting Mayflower's renewed motion for summary judgment on UPCM's counterclaim.  The court's denial of the motion was based on the fact that discovery is not complete and there are questions of fact as to the conduct that occurred.  Stichting Mayflower does not provide any additional arguments or evidence to support reconsideration of the court's ruling.  Because its motion does not meet the standards for a motion to reconsider, Stichting Mayflower's  Motion for Reconsideration is denied.  Although

the court agrees with Park City Mines that the language in Stichting Mayflower's motion for reconsideration is disrespectful and unprofessional, the court declines to strike Stichting Mayflower's pleadings. The court may, however, impose future sanctions if such conduct persists.

In reviewing the docket of this case, the court does not see any deadlines presently set. The parties should meet and agree to deadlines for discovery cut-off, dispositive motions, and trial.

DATED this 22nd day of February, 2008.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge